No. 87–7020.  JORDAN *v.* KYLE, CLERK OF COURTS, ALLE-
GHENY COUNTY, PENNSYLVANIA.  C. A. 3d Cir.  Certiorari de-
nied.

No. 87–7025.  SYME *v.* WECKESSER.  Ct. Sp. App. Md.  Cer-
tiorari denied.

No. 87–7026.  WEST *v.* PUNG, COMMISSIONER, MINNESOTA DE-
PARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 87–7027.  TAYLOR *v.* SMITH, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 87–7031.  ROBINSON ET AL. *v.* UNITED STATES.  C. A. 1st
Cir.  Certiorari denied.

No. 87–7033.  YOUNG *v.* ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.

No. 87–7034.  EDWARDS *v.* LYNAUGH, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 87–7035.  BENTLEY *v.* LOUISIANA.  Ct. App. La., 4th Cir.
Certiorari denied.

No. 87–7039.  DAVENPORT *v.* GEORGIA.  Ct. App. Ga.  Cer-
tiorari denied.

No. 87–7042.  DICKEY *v.* BOWEN, SECRETARY OF HEALTH AND
HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 87–7048.  THOMPSON *v.* ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.

No. 87–7049.  QUANSAH *v.* DEPARTMENT OF JUSTICE ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 87–7050.  NELSON *v.* METROPOLITAN LIFE INSURANCE
CO. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–7053.  KING *v.* UNITED STATES ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 87–7055.  LAAMAN *v.* MASSACHUSETTS.  App. Ct. Mass.
Certiorari  denied.